IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID D. HARRIS,

    Petitioner,

v.

ALAMEDA COUNTY SUPERIOR COURT,

    Respondent.

No. C 18-3419 WHA (PR)

**ORDER OF DISMISSAL**

In 1999, petitioner was sentenced to a term of 48 year in state prison after a jury convicted of multiple sex offenses in Alameda County Superior Court. Proceeding here pro se, he has filed a pleading entitled "Writ of Replevin Complaint" in which he alleges that the superior court imposed a fine upon him, and in which he seeks a writ compelling the state superior court to return money and property to him. Federal district courts are without power to issue a writ to compel a state court or official to take or refrain from some action is frivolous as a matter of law. *See Demos v. U.S. District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) (imposing no filing in forma pauperis order); *Clark v. Washington*, 366 F.2d 678, 681 (9th Cir. 1966) (attorney contested disbarment and sought reinstatement); *see also In re Campbell*, 264 F.3d 730, 731-32 (7th Cir. 2001) (denying petition for writ of mandamus that would order state trial court to give petitioner access to certain trial transcripts; federal court may not, as a general rule, issue mandamus to a state judicial officer to control or interfere with state court litigation).

In addition, petitioner's request is based solely upon state law. No federal law is cited, nor does there appear to be any federal question raised by his allegations.

For the foregoing reasons, the petition/complaint is DISMISSED. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: June 14, 2018.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE